# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>BRYAN ANDERSON, et al,<br><br>      Defendant. | Case No. 2:23-cr-0212-GMN-NJK<br><br>**Order Setting Hearing** |

Pending before the Court are Defendants' motion to suppress and motion for joinder. Docket Nos. 47, 48. The Court hereby SETS an evidentiary hearing on these motions for October 7, 2024, at 10:00 a.m. in Courtroom 3C.

IT IS SO ORDERED.

DATED: September 16, 2024

_____
Nancy J. Koppe
United States Magistrate Judge