TODD M LEVENTHAL, ESQ
NEVADA BAR NO: 8543
CALIFORNIA BAR NO.:223577
Leventhal & Associates, PLLC.
319 S THIRD SREET, Suite 100
LAS VEGAS NV 89101
(702) 472-8686
leventhalandassociates@gmail.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>vs.<br><br>BRYAN ANDERSON<br><br>                                    Defendant. | Case No.:  2:23-CR-00212-GMN-NJK-1 |

**SUBSTITUTION OF ATTORNEY**

   I, BRYAN ANDERSON, do hereby agree to the substitution of TODD M LEVENTHAL, ESQ. in the place and stead of JESS MARCHESE, ESQ.

   DATED this __19__ of September 2024

                                                          *//Bryan Anderson*_____
                                                          BRYAN ANDERSON

   I, JESS MARCHESE, ESQ., do hereby agree to the substitution of TODD M. LEVENTHAL, ESQ as attorney of record in the above matter.

   DATED this __19__ of September 2024

                                                          // Jess Marchese_____
                                                          JESS MARCHESE, ESQ

1  I, TODD M. LEVENTHAL, ESQ., agree to be substituted as attorney for BRYAN
2  ANDERSON, Defendant herein, in the place and stead of JESS MARCHESE, ESQ.
3  DATED this __19__ of September 2024

_____
TODD M. LEVENTHAL, ESQ.

Respectfully submitted,

_____
TODD M LEVENTHAL, ESQ
NEVADA BAR NO: 8543
CALIFORNIA BAR NO.:223577
Leventhal & Associates, PLLC.
319 S THIRD SREET, Suite 100
LAS VEGAS NV 89101
(702) 472-8686
leventhalandassociates@gmail.com
Attorney for Defendant

IT IS SO ORDERED.
Dated: September 20, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE