# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>BRYAN ANDERSON, et al,<br><br>          Defendant. | Case No. 2:23-cr-00212-GMN-NJK<br><br>**Order** |

Pending before the Court is Defendant Bryan Anderson's motion to suppress and Defendant Daniel Doucette's motion for joinder. Docket Nos. 47, 48. The evidentiary hearing on these motions is currently set for April 30, 2025. Docket No. 73. The parties are **ORDERED** to file a status report advising whether they are ready to proceed with the hearing as scheduled, no later than April 23, 2025.

IT IS SO ORDERED.

DATED: April 21, 2025

Nancy J. Koppe
United States Magistrate Judge